CHAD A. READLER
Acting Assistant Attorney General
MCGREGOR SCOTT
United States Attorney
AUGUST FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director, Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel. (202) 307-4293
Erez.R.Reuveni@usdoj.gov
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
LAUREN C. BINGHAM
JOSEPH A. DARROW
JOSHUA S. PRESS
Trial Attorneys
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 18-264 |
| v. | |
| THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity; and XAVIER BECERRA, Attorney General of California, in his Official Capacity, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

# NOTICE

Notice is hereby given that the United States of America makes the following motion, which it proposes to notice for a hearing on April 5, 2018 at a as of yet to be determined courtroom.

# MOTION

The United States hereby moves for a preliminary injunction enjoining enforcement of certain provisions of California law enacted through Assembly Bill 450 ("AB 450"), Assembly Bill 103 ("AB 103"), and Senate Bill 54 ("SB 54"). As detailed in the accompanying proposed order, the United States respectfully requests that this Court preliminarily enjoin Sections 7285.1, 7285.2, 7284.6(a)(1)(C) & (D), 7284.6(a)(4), and 12532 of the California Government Code, and Sections 90.2 and 1019.2 of the California Labor Code.

This motion is based on the memorandum and exhibits filed herewith, and the pleadings on file.

DATED: March 6, 2018

CHAD A. READLER
Acting Assistant Attorney General

MCGREGOR SCOTT
United States Attorney

AUGUST FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

/s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-4293
Fax: (202) 616-8202
E-mail: Erez.R.Reuveni@usdoj.gov

| | |
|---|---|
|1| |
|2| DAVID SHELLEDY |
| | Civil Chief, Assistant United States Attorney |
|3| |
|4| LAUREN BINGHAM |
| | JOSEPH A. DARROW |
|5| JOSHUA S. PRESS |
| | Trial Attorneys |
|6| |
|7| *Attorneys for Plaintiff* |