UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity; and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>    Defendants. | No. 18-cv-490<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE ITS MEMORANDUM IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF THE PAGE LIMIT |

Upon consideration of Plaintiff's Request For Leave to File its Memorandum in Support of its Motion for Preliminary Injunction in Excess of the Page Limit, and good cause having been shown, this Court hereby ORDERS that:

1. Plaintiff's motion for leave is GRANTED, and Plaintiff may file a memorandum of law in support of the motion for preliminary injunction that does not exceed forty (40) pages. Defendants may file a response that does not exceed forty (40) pages.

2. Plaintiff's Motion for Preliminary Injunction, Memorandum of Law in support thereof, and accompanying exhibits which has been lodged, shall be filed forthwith.

DONE AND ORDERED this __ day of _____, 2018,

_____

Hon. John A. Mendez

UNITED STATES DISTRICT JUDGE