CHAD A. READLER
Acting Assistant Attorney General
MCGREGOR SCOTT
United States Attorney
AUGUST FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director, Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel. (202) 307-4293
Erez.R.Reuveni@usdoj.gov
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
LAUREN C. BINGHAM
JOSEPH A. DARROW
JOSHUA S. PRESS
Trial Attorneys
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity; and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>　　　　　Defendants. | No. 2:18-cv-00490-JAM-KJN<br><br>**PLAINTIFF'S NOTICE CONCERNING POSSIBLY RELATED CASE** |

　　　　Pursuant to Local Rule 123, Plaintiff, the United States, informs the Court of a case, *Brosnan v. Becerra, et al.*, No. 2:18-cv-00322-MCE-AC (E.D. Cal.), also filed in this district, that

recently came to Plaintiff's attention and may be related to this matter pursuant to Local Rule 123(a)(3) or (4).

The United States' complaint and motion for preliminary injunction raise a constitutional preemption challenge to portions of three provisions of California law, Assembly Bill 103 ("AB 103"), Assembly Bill 450 ("AB 450"), and Senate Bill 54 ("SB 54"). *See* Complaint, ECF 1; Mem. in Support of Mot. for Preliminary Injunction, ECF 2-1, at 1-2. More specifically, the United States alleges that eight specific provisions in these three state laws, Sections 7285.1, 7285.2, 7284.6(a)(1)(C) & (D), 7284.6(a)(4), and 12532 of the California Government Code and Sections 90.2 and 1019.2 of the California Labor Code, violate the Supremacy Clause of the U.S. Constitution, art. VI, cl. 2, because each provision "stands as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress,'" *Valle del Sol Inc. v. Whiting*, 732 F.3d 1006, 1023 (9th Cir. 2013) (quoting *Arizona v. United States*, 567 U.S. 387, 399 (2012)), because they "'regulate the United States directly'" or "'discriminate against the Federal Government or those with whom it deals.'" *Boeing Co. v. Movassaghi*, 768 F.3d 832, 839 (9th Cir. 2014) (quoting *North Dakota v. United States*, 495 U.S. 423, 435 (1990) (plurality op.) (brackets omitted)). *See* ECF 1 ¶¶ 1-65; ECF 2-1 at 1-4.

The complaint in *Brosnan* challenges one of those three statutes, AB 450, seeking a declaration that AB 450 is invalid as applied to him and his business under the Supremacy Clause. *Brosnan*, 18-cv-322, Complaint, ECF 1 at 11. More specifically, plaintiff in *Brosnan* alleges that he cannot comply with both AB 450, which penalizes consensual cooperation with federal immigration officers, and federal law, which he states criminalizes failure to convey knowledge of ongoing criminality, like unlawful employment of aliens, to the federal government. *See id.* ¶¶ 19-48, 49-61. Plaintiff alleges that this conflict of laws is preempted under the Supremacy Clause.

*See id.* ¶¶ 49-61.

Because both the United States and plaintiff in *Brosnan* challenge AB 450 under the Supremacy Clause, the United States believes it is obligated by local rule to call this matter to the Court's attention *See* E.D. Cal. L. R. 123(b) ("Counsel who has reason to believe that an action on file or about to be filed may be related to another action on file (whether or not dismissed or otherwise terminated) shall promptly file in each action and serve on all parties in each action a Notice of Related Cases.").

Accordingly, the United States, pursuant to its obligation under the Local Rule 123, hereby informs the Court of the pending litigation in *Brosnan v. Becerra, et al.*, No. 2:18-cv-00322-MCE-AC (E.D. Cal.) challenging AB 450 on constitutional grounds.

//

//

| | |
|---|---|
| DATED: March 8, 2018 | CHAD A. READLER<br>Acting Assistant Attorney General |
| | MCGREGOR SCOTT<br>United States Attorney |
| | AUGUST FLENTJE<br>Special Counsel |
| | WILLIAM C. PEACHEY<br>Director |
| | /s/ *Erez Reuveni*<br>EREZ REUVENI<br>Assistant Director<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 307-4293<br>Fax: (202) 616-8202<br>E-mail: Erez.R.Reuveni@usdoj.gov |
| | DAVID SHELLEDY<br>Civil Chief, Assistant United States Attorney |
| | LAUREN C. BINGHAM<br>JOSEPH A. DARROW<br>JOSHUA S. PRESS<br>Trial Attorneys |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I electronically transmitted the attached document to the Clerk's Office using the U.S. District Court for the Eastern District of California's Electronic Document Filing System (ECF) and will include this motion with the summons and Complaint to be served on Defendants in this case.

/s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
