XAVIER BECERRA
Attorney General of California
THOMAS PATTERSON
Senior Assistant Attorney General
MICHAEL NEWMAN
Supervising Deputy Attorney General
CHRISTINE CHUANG
ANTHONY HAKL
LEE I. SHERMAN
Deputy Attorneys General
State Bar No. 272271
  300 S. Spring Street
  Los Angeles, CA  90013
  Telephone:  (213) 269-6404
  Fax:  (213) 897-7605
  E-mail:  Lee.Sherman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>              v.<br><br>THE STATE OF CALIFORNIA;<br>EDMUND GERALD BROWN JR.,<br>Governor of California, in his Official<br>Capacity, and XAVIER BECERRA, in his<br>official capacity as Attorney General of the<br>State of California,<br><br>                                        Defendants. | Case No.  18-cv-490-JAM-KJN<br><br>**NOTICE OF APPEARANCE OF LEE I. SHERMAN AS COUNSEL FOR DEFENDANTS** |

1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2        I, LEE I. SHERMAN, Deputy Attorney General of the Department of Justice, Office of the

3  California Attorney General, hereby enter my appearance as one of the counsel for Defendants,

4  the State of California, Edmund Gerald Brown Jr. Governor of California, in his Official

5  Capacity, and Xavier Becerra, in his official capacity as Attorney General of the State of

6  California, in the above-referenced action.  I am a member of the State Bar of California and am

7  admitted to practice in the Eastern District of California.  My address and telephone number are

8  as follows:

9        Lee Sherman
       Deputy Attorney General
10       Department of Justice
       Office of the Attorney General
11       300 S. Spring Street
       Los Angeles, CA  90013
12       Telephone:  (213) 269-6404
       Fax:  (213) 897-7605
13       E-mail:  Lee.Sherman@doj.ca.gov

14

       Please serve said counsel with all pleadings and notices in this action.
15

16

17  Dated:  March 9, 2018                    Respectfully submitted,

18                                           XAVIER BECERRA
                                           Attorney General of California
19                                           THOMAS PATTERSON
                                           Senior Assistant Attorney General
20                                           MICHAEL NEWMAN
                                           Supervising Deputy Attorney General
21                                           CHRISTINE CHUANG
                                           ANTHONY HAKL
22                                           Deputy Attorneys General

23

24                                                /s/Lee I. Sherman
                                           LEE I. SHERMAN
25                                           Deputy Attorney General
                                           Attorneys for Defendants
26

27

28