UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>    Defendants. | No. 2:18-cv-00322-MCE-AC<br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 2:18-cv-00490-JAM-KJN |

The Court has received the Notice of Related Cases filed on March 8, 2018.  See E.D. Cal. Local Rule 123.  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: **March 9, 2018**           /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE