1  XAVIER BECERRA
   Attorney General of California
2  THOMAS PATTERSON
   Senior Assistant Attorney General
3  MICHAEL NEWMAN
   Supervising Deputy Attorney General
4  CHRISTINE CHUANG
   ANTHONY HAKL
5  LEE I. SHERMAN
   Deputy Attorneys General
6  State Bar No. 272271
    300 S. Spring Street
7  Los Angeles, CA  90013
   Telephone:  (213) 269-6404
8  Fax:  (213) 897-7605
   E-mail:  Lee.Sherman@doj.ca.gov
9  *Attorneys for Defendants*

10                    IN THE UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12

13

14

15  **THE UNITED STATES OF AMERICA,**          Case No.  18-cv-490-JAM-KJN

16                                Plaintiff,   **NOTICE OF APPEARANCE OF LEE I.**
                                               **SHERMAN AS COUNSEL FOR**
17              **v.**                          **DEFENDANTS**

18  **THE STATE OF CALIFORNIA;**
    **EDMUND GERALD BROWN JR.,**
19  **Governor of California, in his Official**
    **Capacity, and XAVIER BECERRA, in his**
20  **official capacity as Attorney General of the**
21  **State of California,**

22                              Defendants.

23

24

25

26

27

28

                                        1

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         I, LEE I. SHERMAN, Deputy Attorney General of the Department of Justice, Office of the

3   California Attorney General, hereby enter my appearance as one of the counsel for Defendants,

4   the State of California, Edmund Gerald Brown Jr. Governor of California, in his Official

5   Capacity, and Xavier Becerra, in his official capacity as Attorney General of the State of

6   California, in the above-referenced action.  I am a member of the State Bar of California and am

7   admitted to practice in the Eastern District of California.  My address and telephone number are

8   as follows:

9         Lee Sherman
          Deputy Attorney General
10        Department of Justice
          Office of the Attorney General
11        300 S. Spring Street
          Los Angeles, CA  90013
12        Telephone:  (213) 269-6404
          Fax:  (213) 897-7605
13        E-mail:  Lee.Sherman@doj.ca.gov

14
          Please serve said counsel with all pleadings and notices in this action.
15

16

17  Dated:  March 9, 2018                         Respectfully submitted,

18                                                XAVIER BECERRA
                                                  Attorney General of California
19                                                THOMAS PATTERSON
                                                  Senior Assistant Attorney General
20                                                MICHAEL NEWMAN
                                                  Supervising Deputy Attorney General
21                                                CHRISTINE CHUANG
                                                  ANTHONY HAKL
22                                                Deputy Attorneys General

23

24                                                    /s/Lee I. Sherman
                                                  LEE I. SHERMAN
25                                                Deputy Attorney General
                                                  *Attorneys for Defendants*

26

27

28

2