CHAD A. READLER
Acting Assistant Attorney General

MCGREGOR SCOTT
United States Attorney

AUGUST FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

DAVID SHELLEDY
Civil Chief, Assistant United States Attorney

LAUREN C. BINGHAM
JOSEPH A. DARROW
JOSHUA S. PRESS
Trial Attorneys
    United States Department of Justice
    Civil Division
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-0106
    Facsimile: (202) 305-7000
    e-Mail: joshua.press@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br> v. <br><br> **STATE OF CALIFORNIA, et al.**, <br><br> Defendants. | NO. **2:18–CV–00490-JAM-KJN** <br><br> **UNOPPOSED MOTION TO EXTEND TIME FOR *AMICI* CURIAE FILINGS** <br><br> Judge: Hon. John A. Mendez <br><br> NO HEARING NOTICED |

Unopposed Motion to Extend
Time For *Amici Curiae* Filings

The United States of America hereby respectfully moves for an eleven (11) day extension of time, up to and including April 6, 2018, for *amicus* briefing in support of the Plaintiff in this matter. The grounds for this motion are as follows:

1. On March 12, 2018, the Court set a deadline of "amicus briefs in support of Plaintiff[']s motion" for a preliminary injunction of March 26, 2018. ECF No. 17. The Court also referred expedited discovery matters to Magistrate Judge Newman. *See id.*

2. Since that time, multiple requests have been received by all parties and this Court's Clerk regarding the standards and timeline for amicus filings.

3. On March 22, 2018, Judge Newman ordered that expedited discovery (specifically, depositions of Plaintiff's declarants) must conclude by April 13, 2018. *See* ECF No. 28 at 2.

4. Judge Newman's order has therefore extended the timeframe for this Court's consideration of the United States' Motion for a Preliminary Injunction. ECF No. 2. The United States therefore respectfully believes that it would be reasonable for *amicus* briefing to be adjusted accordingly.

5. Counsel for the United States and Defendants have conferred and agree that this revised timetable will assist the Court in expeditiously deciding the pending motion for a preliminary injunction, is not for the purpose of undue delay, and will not prejudice either party.

**CONCLUSION**

For the reasons set forth above, the United States respectfully requests the Court grant this unopposed motion and extend the deadline for *amicus* briefing on behalf of the Plaintiff by eleven (11) days.

//

//

//

Unopposed Motion to Extend
Time For *Amici Curiae* Filings           1

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: March 23, 2018 | CHAD A. READLER<br>Acting Assistant Attorney General |
|   | MCGREGOR SCOTT<br>United States Attorney |
|   | AUGUST FLENTJE<br>Special Counsel |
|   | WILLIAM C. PEACHEY<br>Director |
|   | EREZ REUVENI<br>Assistant Director |
|   | DAVID SHELLEDY<br>Civil Chief, Asst. United States Attorney |
|   | LAUREN C. BINGHAM<br>JOSEPH A. DARROW<br>Trial Attorneys |
|   | */s/ Joshua S. Press*<br>JOSHUA S. PRESS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 305-0106<br>joshua.press@usdoj.gov |
|   | *Attorneys for the United States of America* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the Eastern District of California's Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

By: */s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
