KEN PAXTON
  Attorney General of Texas
JEFFERY C. MATEER
  First Assistant Attorney General
BRANTLEY D. STARR
  Deputy First Assistant Attorney General
SCOTT A. KELLER
  Solicitor General
JAMES E. DAVIS
  Deputy Attorney General for Civil Litigation
DAVID J. HACKER (CA Bar No. 249272; TX Bar No. 24103323)*
  Special Counsel for Civil Litigation
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Telephone:   (512) 936-1700
Facsimile:    (512) 474-2697

*Counsel for Proposed Amici Curiae*
*Texas, Alabama, Arkansas, Florida, Georgia, Indiana,*
*Kansas, Louisiana, Michigan, Missouri, Nebraska,*
*Nevada, Ohio, Oklahoma, South Carolina, West Virginia,*
*Governor Phil Bryant of the State of Mississippi, and*
*Paul R. LePage, Governor of Maine.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA**, et al., <br><br> Defendants. | Case No.:  2:18-cv-00490-JAM-KJN <br><br> **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE THE STATES OF TEXAS, ALABAMA, ARKANSAS, FLORIDA, GEORGIA, INDIANA, KANASAS, LOUISIANA, MICHIGAN, MISSOURI, NEBRASKA, NEVADA, OHIO, OKLAHOMA, SOUTH CAROLINA, WEST VIRGINIA, GOVERNOR PHIL BRYANT OF THE STATE OF MISSISSIPPI, AND PAUL R. LEPAGE, GOVERNOR OF MAINE, IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: No hearing per Min. Order, ECF No. 17 <br> Judge: Hon. John A. Mendez |

*Designated Counsel for Service.

MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* TEXAS ET AL.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard, before the Honorable John A. Mendez, in Courtroom 6, 14th floor, of the U.S. District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814, proposed amici curiae the States of Texas, Alabama, Arkansas, Florida, Georgia, Indiana, Kansas, Louisiana, Michigan, Missouri, Nebraska, Nevada, Ohio, Oklahoma, South Carolina, West Virginia, Governor Phil Bryant of the State of Mississippi, and Paul R. LePage, Governor of Maine (collectively, Proposed Amici), by and through undersigned counsel, will and hereby do respectfully move for leave to file their *Amicus* Brief in Support of Plaintiffs' Motion for a Preliminary Injunction.

Counsel for Proposed Amici conferred with counsel for the parties, who have consented to this motion, and to the motion being submitted on the papers pursuant to L.R. 230(g). This motion is timely pursuant to this Court's March 12 Minute Order requiring any amicus brief in support of Plaintiff to be filed by March 26, 2018. *See* ECF No. 17. The grounds for this motion follow:

The proposed brief of amici curiae, attached as Exhibit A to this motion, provides the perspective of several States on the provisions of California law at issue, to clarify for the Court the issues presented in this case. The proposed brief argues that AB450 is preempted, under *Arizona v. United States*, as an obstacle to the "careful balance struck by Congress with respect to the unauthorized employment of aliens; that AB103 is obstacle-preempted under *Arizona v. United States*, because it seeks to give state officials the "unilateral" power to second guess federal determinations about which aliens warrant removal; and that SB54's judicial-warrant requirement is obstacle-preempted under *Arizona* because it undermines Congress's criminal-alien detention scheme.

**DISCLOSURE STATEMENT**

Proposed Amici are the States of Texas, Alabama, Arkansas, Florida, Georgia, Indiana, Kansas, Louisiana, Michigan, Missouri, Nebraska, Nevada, Ohio, Oklahoma, South Carolina, West Virginia, Governor Phil Bryant of the State of Mississippi, and Paul R. LePage, Governor of Maine. No Proposed Amici is owned by any publicly held company.

# ARGUMENT

"The district court has broad discretion regarding the appointment of amici." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "Federal district courts possess the inherent authority to accept amicus briefs." *Padilla v. Beard*, No. 2:14-CV-1118 KJM CKD, 2017 WL 1364666, at *5 (E.D. Cal. Apr. 14, 2017) (citing *Jamul Action Comm. v. Stevens*, No. 13–01920, 2014 WL 3853148, at *5 (E.D. Cal. Aug. 5, 2014)). Amicus briefs from nonparties are regularly allowed when, as here, "the amicus has unique information or perspective that can help the court beyond the help that the lawyers from the parties are able to provide." *Nat'l Petrochemical & Refiners Ass'n v. Goldstene*, No. CVF10- 163 LJO DLB, 2010 WL 2228471, at *1 (E.D. Cal. June 3, 2010).

Proposed Amici are the States of Texas, Alabama, Arkansas, Florida, Georgia, Indiana, Kansas, Louisiana, Michigan, Missouri, Nebraska, Nevada, Ohio, Oklahoma, South Carolina, West Virginia, Governor Phil Bryant of the State of Mississippi, and Paul R. LePage, Governor of Maine. States "bear[] many of the consequences of unlawful immigration," which is why the Supreme Court recognized "the importance of immigration policy to the States." *Arizona v. United States*, 567 U.S. 387, 397 (2012). And under *Arizona*, the States must rely on Congress and the INA to regulate which aliens may be present and work in their borders. *See id.* at 394-97.

In direct contravention of *Arizona*, California has attempted to override the federal government's ability to enforce federal immigration law—by prohibiting private employers from voluntarily giving information to federal immigration officers (AB450) and by overseeing through investigations the immigration enforcement activities of federal agents (AB103). California may disagree with federal immigration policy—just as Arizona disagreed with federal immigration policy in *Arizona v. United States*. But if various Arizona laws designed to *enforce* federal immigration law were preempted in *Arizona* (as the Supreme Court held), then California's laws designed to *interfere with or block* federal immigration enforcement are preempted here.

**CONCLUSION**

For these reasons, the States respectfully request that the Court grant this motion without oral argument and order the Clerk to lodge the States' proposed amici curiae brief on the docket.

Dated: March 26, 2018.                    Respectfully submitted,

/s/David J. Hacker
David J. Hacker
Special Counsel for Civil Litigation
CA Bar No. 249273
TX Bar No. 24103323
Attorney for Proposed *Amici*

| | |
|---|---|
| STEVEN T. MARSHALL<br>  Attorney General of Alabama | KEN PAXTON<br>  Attorney General of Texas |
| LESLIE RUTLEDGE<br>  Attorney General of Arkansas | JEFFERY C. MATEER<br>  First Assistant Attorney General |
| PAMELA JO BONDI<br>  Attorney General of Florida | BRANTLEY D. STARR<br>  Deputy First Assistant Attorney General |
| CHRISTOPHER M. CARR<br>  Attorney General of Georgia | SCOTT A. KELLER<br>  Solicitor General |
| CURTIS T. HILL, JR.<br>  Attorney General of Indiana | JAMES E. DAVIS<br>  Deputy Attorney General for Civil Litigation |
| DEREK SCHMIDT<br>  Attorney General of Kansas | DAVID J. HACKER (CA Bar No. 249272;<br>  TX Bar No. 24103323)<br>  Special Counsel for Civil Litigation |
| JEFF LANDRY<br>  Attorney General of Louisiana | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC 009)<br>Austin, Texas  78711-2548<br>Telephone:   (512) 936-1700<br>Facsimile:    (512) 474-2697 |
| BILL SCHUETTE<br>  Attorney General of Michigan | |
| JOSH HAWLEY<br>  Attorney General of Missouri | |
| DOUG PETERSON<br>  Attorney General of Nebraska | |
| ADAM PAUL LAXALT<br>  Attorney General of Nevada | |
| MICHAEL DEWINE<br>  Attorney General of Ohio | |
| MIKE HUNTER<br>  Attorney General of Oklahoma | |
| ALAN WILSON<br>  Attorney General of South Carolina | |
| PATRICK MORRISEY<br>  Attorney General of West Virginia | |
| PAUL R. LEPAGE<br>  Governor of Maine | |
| PHIL BRYANT<br>  Governor of Mississippi | |

**PROOF OF SERVICE**

I hereby certify that on March 26, 2018, I filed the foregoing document with the Clerk of the Court via CM/ECF, which automatically sends notice of the filing to all counsel of record. I declare under 28 U.S.C. § 1746 that the above is true and correct.

Executed on March 26, 2018 at Austin, Texas.

/s/David J. Hacker
David J. Hacker
Special Counsel for Civil Litigation
CA Bar No. 249273
TX Bar No. 24103323
Attorney for Proposed *Amici*