XAVIER BECERRA
Attorney General of California
THOMAS PATTERSON
Senior Assistant Attorney General
MICHAEL NEWMAN
SATOSHI YANAI
Supervising Deputy Attorneys General
CHRISTINE CHUANG
ANTHONY HAKL
CHEROKEE DM MELTON
LEE I. SHERMAN
Deputy Attorneys General
State Bar No. 272271
 300 S. Spring Street
 Los Angeles, CA  90013
 Telephone:  (213) 269-6404
 Fax:  (213) 897-7605
 E-mail:  Lee.Sherman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his official capacity; and XAVIER BECERRA, Attorney General of California, in his official capacity,<br><br>Defendants. | Case No. 2:18-cv-00490-JAM-KJN<br><br>**STIPULATION RE EXTENSION OF TIME FOR THE STATE OF CALIFORNIA TO RESPOND TO THE UNITED STATES' COMPLAINT**<br><br>Judge: Honorable John A. Mendez<br>Action Filed:  March 6, 2018 |

The United States of America ("United States") served its complaint on Defendants State of California, Edmund G. Brown Jr., Governor of California, in his official capacity, and Xavier Becerra, Attorney General of California, in his official capacity (collectively, "the State of California") on March 7, 2018.  The State of California's responsive pleading deadline under the Federal Rules of Civil Procedure is March 28, 2018.  Under Local Rule 144(a), an initial stipulation that does not extend the time to respond to the complaint by more than 28 days does not require court approval.  Therefore, the parties hereby stipulate that the State of California shall have until April 25, 2018 to file an answer or other response to the United States' complaint.

Dated:  March 27, 2018                                   Respectfully Submitted,

| | |
|---|---|
| CHAD A. READLER | XAVIER BECERRA |
| Acting Assistant Attorney General | Attorney General of California |
| MCGREGOR SCOTT | THOMAS PATTERSON |
| United States Attorney | Senior Assistant Attorney General |
| AUGUST FLETJE | MICHAEL NEWMAN |
| Special Counsel | SATOSHI YANAI |
| EREZ REUVENI | Supervising Deputy Attorneys General |
| Assistant Director | CHRISTINE CHUANG |
| DAVID SHELLEDY | ANTHONY HAKL |
| Civil Chief, Assistant United States Attorney | CHEROKEE DM MELTON |
| LAUREN C. BINGHAM | |
| JOSEPH A. DARROW | |
| | |
| /s/ Joshua S. Press | /s/ Lee I. Sherman |
| Joshua S. Press | Lee I. Sherman |
| Trial Attorneys | Deputy Attorneys General |
| Attorneys for the United States of America | Attorneys for the State of California |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically transmitted the attached document to the Clerk's Office using the U.S. District Court for the Eastern District of California's Electronic Document Filing System (ECF) which will serve a copy of this document on all counsel of record.

*/s/ Lee I. Sherman*
Lee I. Sherman
Deputy Attorney General