UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | No. 2:18-cv-490-JAM-KJN |
|---|---|
| Plaintiff, | **ORDER RE SCHEDULE FOR FILING OF DEFENDANTS' BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION, AMICI CURIAE BRIEFS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION; AND PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| | **ORDER RE: HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION** |

The Court, having denied Defendants' Motion to Transfer, sets the following dates for (1) the filing of the parties' remaining briefs in opposition to or in support of Plaintiff's motion for a preliminary injunction; (2) the filing of amici curiae briefs in support of Defendants' opposition to the motion for preliminary injunction; and (3) the hearing on the motion for preliminary injunction.

1

|   | Last Day to File |
|---|---|
| Defendants' Opposition Brief | May 4, 2018 |
| Amici Curiae Briefs in Support of Defendants' Opposition | May 18, 2018 |
| Plaintiff's Reply Brief | June 8, 2018 |
| Hearing on Motion for Preliminary Injunction | June 20, 2018 at 10:00 a.m. |

The parties are cautioned against filing lengthy objections to evidence. The Court engages in self-policing and does not reach decisions based on evidence that is irrelevant, speculative, or conclusory. See Burch v. Regents of Univ. of Cal., 433 F. Supp. 2d 1110, 1118-1122 (E.D. Cal. 2006) (discussing problems with parties raising numerous evidentiary objections on a summary judgment motion). A perceived weakness in the opposing party's evidence should be addressed through arguments in the briefs, not through evidentiary objections. Id. at 1119 ("Instead of objecting, parties should simply argue that the facts are not material.").

IT IS SO ORDERED.

Dated: March 29, 2018

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE