CHAD A. READLER
Acting Assistant Attorney General
MCGREGOR SCOTT
United States Attorney
AUGUST FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
LAUREN C. BINGHAM
JOSEPH A. DARROW
JOSHUA S. PRESS
Trial Attorneys
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-4458
    Facsimile: (202) 305-7000
    e-Mail: lauren.c.bingham@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>            Plaintiff,<br><br>   v.<br><br>**STATE OF CALIFORNIA, et al.**,<br><br>            Defendants. | **NO. 2:18–CV–00490-JAM-KJN**<br><br>**PLAINTIFF'S NOTICE OF FILING CORRECTED DECLARATIONS**<br><br>Judge: Hon. John A. Mendez |

    The United States of America hereby respectfully submits this Notice of Filing of Corrected Declarations in order to correct certain discrete factual information in two of the declarations the United States submitted in support of its Motion for Preliminary Injunction, ECF No. 2.

Attached hereto are the amended declarations of Thomas D. Homan, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement, and Todd Hoffman, Executive Director, Admissibility and Passenger Programs, Office of Field Operations, U.S. Customs and Border Protection, correcting the previously submitted declarations, as well as a supplemental declaration from each official explaining the corrections that were made. *See* Exhibits A-D, attached hereto.

The corrections to the Homan declaration are to paragraphs 19, 44, and 78. Paragraph 19 incorrectly referred to the number of aliens booked-in to ICE detention facilities in California, instead of the number of aliens apprehended in California. Paragraph 44 clarifies one sentence to make plain that a detainer was issued against an alien after his arrest, but prior to his later conviction, for felony child cruelty, among other offenses. The alien was released without notice after that conviction. It also corrects a typographical error to a date. Paragraph 78 has been corrected to reflect that the alien in that paragraph, who was charged with multiple counts of child abuse, while initially denied parole, was later paroled into the United States after the local California law enforcement agency provided assurances, in apparent conflict with SB 54, to notify ICE should the alien post bail, be acquitted, or if probable cause were not found. *See* Declaration of Thomas D. Homan, attached hereto as Exhibit A.

The corrections to the Hoffman declaration are to paragraphs 8 and 15. In paragraph 8, a typographical error mistakenly indicated that Los Angeles International Airport is the third largest airport in the county by international passengers loaded when it is the second. In paragraph 15, it indicated that CBP was unable to take custody of two aliens who are the subject of that paragraph. However, due to an anonymous telephone tip of the release date, CBP was able to apprehend those two aliens in the jail parking lot. *See* Declaration of Todd Hoffman, attached hereto as Exhibit C.

| | |
|---|---|
| DATED: April 2, 2018 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| | MCGREGOR SCOTT<br>United States Attorney |
| | AUGUST FLENTJE<br>Special Counsel |
| | WILLIAM C. PEACHEY<br>Director |
| | EREZ REUVENI<br>Assistant Director |
| | DAVID SHELLEDY<br>Civil Chief, Asst. United States Attorney |
| | JOSEPH A. DARROW<br>JOSHUA S. PRESS<br>Trial Attorneys |
| | */s/ Lauren C. Bingham*<br>LAUREN C. BINGHAM<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 616-4458<br>Lauren.C.Bingham@usdoj.gov |
| | *Attorneys for the United States of America* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the Eastern District of California's Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

By: */s/ Lauren C. Bingham*
    LAUREN C. BINGHAM
    Trial Attorney
    United States Department of Justice
    Civil Division

    *Attorney for the United States*