# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>    *Plaintiff,*<br><br>v.<br><br>State of California, *et al.,*<br>    *Defendants.* | )<br>)<br>)<br>)<br>)   No. 2:18-cv-0490-JAM-KJN<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL DECLARATION OF TODD HOFFMAN

I, Todd Hoffman, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. On March 6, 2018, I executed a declaration in this matter. This declaration was based on my personal knowledge and on documents and information made available to me in my official capacity, including information prepared by my staff, working with CBP's Office of Chief Counsel. At the time that I signed the declaration, the information in the declaration was true and correct to the best of my knowledge.

2. As part of preparation for my scheduled deposition in this matter, my staff worked to re-review all the information that had previously been made available to me, as well as locate additional documents and information to assist in my deposition preparation. I have been advised that, during this review, two errors were discovered in my declaration: (1) paragraph 8 mistakenly indicates that Los Angeles International Airport is the third largest airport in the country, by international passengers boarded; it is actually the second largest; and (2) paragraph 15 states that OFO was not able to remove two aliens turned over to and released

1

from the Imperial County Jail; I have since learned that OFO was able to remove these aliens, but only after CBP officers were notified by an anonymous call that the aliens would be released, and were able to arrest the aliens in the parking lot of the jail upon their release.

3. When I signed my declaration, it represented what I knew to be true at the time. The error in paragraph 8 was a typographical error, resulting from inserting the wrong number from a chart related to airport size and passenger volume.

4. The error in paragraph 15 occurred because the field had not conveyed to the individuals who assisted in preparing my declaration that, because of the anonymous notification, CBP officers were able to arrest the two aliens after their release from the Imperial County Jail.

5. Upon learning of these errors, my staff worked diligently to review the remainder of the declaration in detail. During this review, no additional errors were uncovered. The rest of the declaration remains true and correct as of the date of my original signature.

6. In order to correct the record for the court, I am submitting an amended declaration, correcting the errors in paragraphs 8 and 15, as well as rephrasing two additional sentences in paragraphs 15 and 16 to better reflect the reality of what occurred at Imperial County Jail.

7. I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 2nd day of April, 2018.

_____
Todd Hoffman
Executive Director
Admissibility and Passenger Programs
Office of Field Operations
U.S. Customs and Border Protection