XAVIER BECERRA
Attorney General of California
THOMAS PATTERSON
Senior Assistant Attorney General
MICHAEL NEWMAN
SATOSHI YANAI
Supervising Deputy Attorneys General
CHRISTINE CHUANG
ANTHONY HAKL
CHEROKEE DM MELTON
LEE I. SHERMAN
Deputy Attorneys General
State Bar No. 272271
  300 S. Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6404
  Fax: (213) 897-7605
  E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his official capacity; and XAVIER BECERRA, Attorney General of California, in his official capacity,<br><br>Defendants. | Case No. 2:18-cv-00490-JAM-KJN<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR THE STATE OF CALIFORNIA TO RESPOND TO THE UNITED STATES' COMPLAINT**<br><br>Judge: Honorable John A. Mendez<br>Action Filed: March 6, 2018 |

The United States of America ("United States") served its complaint on Defendants State of California, Edmund G. Brown Jr., Governor of California in his official capacity, and Xavier Becerra, Attorney General of California, in his official capacity (collectively, "the State of California") on March 7, 2018. On March 27, 2018, pursuant to Local Rule 144 the parties filed an initial stipulation extending the State of California's time to respond to the United States' complaint by 28 days, up to and including April 25, 2018. The State of California intends to file a motion to dismiss the United States' complaint, which in Defendants' view, will likely include issues overlapping with the motion for preliminary injunction.

In addition, the parties are aware of the possibility that third parties may move to intervene in this action. On April 20, 2018, the County of Orange moved to intervene (Dkt. No. 59). Should the County of Orange or any other putative intervener be granted leave to intervene, any motions to dismiss the complaints in intervention may require a briefing schedule concerning potentially overlapping issues in a separate motion or motions to dismiss.

In light of the foregoing, and in order to allow the parties to confer on the most efficient means of briefing Defendants' motion to dismiss and any motions to intervene and/or motions to dismiss any complaints in intervention, the parties therefore stipulate and agree as follows:

1. The State of California be allowed an additional extension of time to respond to the United States' complaint of no more than nine (9) days, until May 4, 2018, which is the same date the State of California's opposition to the United States' motion for preliminary injunction is due. This is the second extension of time sought by Defendants in this matter.

2. Furthermore, the parties have met and conferred regarding the remainder of the motion to dismiss briefing schedule and the date of the hearing on the State of California's motion to dismiss in light of the County of Orange's motion to intervene and other possible motions, but have been unable to reach agreement. Therefore, the parties further stipulate that they will continue to meet and confer regarding the impact of the pending intervention motions on the schedule for the State of California's motion to dismiss and any other motions and pleadings necessitated by the participation of any putative interveners in this case, and respectfully seek leave to file a joint status report on or before April 27, 2018, which shall summarize the parties'

1

respective positions on the schedule for the State of California's motion to dismiss in light of any pending intervention motions, briefing on any motions to intervene and, if such motions are granted, motions to dismiss any complaints in intervention, and request the Court to set an appropriate schedule.

Dated: April 23, 2018                                    Respectfully Submitted,

CHAD A. READLER                                          XAVIER BECERRA
Acting Assistant Attorney General                        Attorney General of California
MCGREGOR SCOTT                                           THOMAS PATTERSON
United States Attorney                                   Senior Assistant Attorney General
AUGUST FLETJE                                            MICHAEL NEWMAN
Special Counsel                                          SATOSHI YANAI
EREZ REUVENI                                             Supervising Deputy Attorneys General
Assistant Director                                       CHRISTINE CHUANG
DAVID SHELLEDY                                           ANTHONY HAKL
Civil Chief, Assistant United States Attorney            CHEROKEE DM MELTON
LAUREN C. BINGHAM
JOSEPH A. DARROW
JOSHUA S. PRESS                                          /s/ Anthony Hakl

/s/ Erez Reuveni
                                                         _____
_____                                   Anthony Hakl
Erez Reuveni                                             Deputy Attorney General
Assistant Director                                       Attorneys for the State of California
Attorneys for the United States
of America

**ORDER**

Having considered the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The State of California's time to respond to the complaint is extended an additional nine (9) days, up to and including May 4, 2018;

2. If the parties cannot agree on a schedule for any motions to dismiss, including in the event any motions to intervene are filed, they shall file a joint status report on or before April 27, 2018, which summarizes any disagreement and their respective positions; addresses the status of any intervention motions and their impact, if any, on the current pleading deadlines; and requests the Court to set an appropriate schedule.

IT IS SO ORDERED.

DATED: April 24, 2018

/s/ John A. Mendez
John A. Mendez
United States District Court Judge