UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-00490 JAM-KJN<br><br>**ORDER** |

　　　The Court has received, read and considered the Joint Status Report (ECF No. 67) filed by the parties on April 27, 2018 and responds as follows:

　　　1.　No hearing date and no dates for the filing of the opposition and reply briefs for Defendants' anticipated Motion to Dismiss will be set at this time. The Court needs to review the Motion to Dismiss to determine whether it will be more efficient to hear this Motion on June 20, 2018 or on a different date. The Motion to Dismiss will not, under any circumstances, be heard before June 20, 2018.

　　　2.　The requests to enlarge the Court's page limits for the Motion to Dismiss are denied. If there is overlap between the

1

Motion for Preliminary Injunction and the Motion to Dismiss the parties can incorporate by reference arguments made in their briefs rather than repeat the same argument in separate briefs.

IT IS SO ORDERED.

Dated: April 30, 2018

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE