FILED

MAY -7 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his official capacity; and XAVIER BECERRA, Attorney General of California, in his official capacity,<br><br>Defendants. | Case No. 2:18-cv-00490-JAM-KJN<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Honorable John A. Mendez |

Defendants' Request to Seal Documents in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ("Request") came before the Court on May 4, 2018. After consideration of Defendants' Request and all documents submitted therewith, IT IS HEREBY ORDERED that Defendants' Request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 7, 2018

The Honorable John A. Mendez
United States District Judge