# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:18-cv-0490-JAM-KJN<br><br><br><br>ORDER |

On May 24, 2018, the court, at the parties' request, conducted an informal telephonic conference regarding certain interrogatories propounded by plaintiff United States of America ("United States") on defendant State of California ("California") concerning the issue of irreparable harm for purposes of the pending motion for a preliminary injunction. At the conference, attorneys Erez Reuveni and Lauren Bingham appeared on behalf of the United States, and attorneys Lee Sherman and Anthony Hakl appeared on behalf of California. At the time of the conference, the parties had reached agreements with respect to all interrogatories, except nos. 2, 3, 7, and 8.

After discussion with the parties at the conference, IT IS HEREBY ORDERED that:

1. California shall respond to interrogatories 2, 3, 7, and 8 as limited by the court at the conference. More specifically, to the extent that the information was not already

provided in response to another interrogatory, California shall respond to whether the phrase "or other information," as used in Section 7284.6(a)(1)(C) of the California Government Code and Information Bulletin 2018-DLE-01 includes: (i) information requested in detainer requests, (ii) the date of release; (iii) the time of release; and (iv) the specific location of release at the jail or facility (such as the front door, back door, holding area, etc.), including whether the location is inside or outside the jail/facility and whether the location is open to the public. California need not provide a further definition of "or other information" at this juncture.

2. California's responses to the interrogatories shall be due June 1, 2018, unless the parties agree otherwise.

IT IS SO ORDERED.

Dated: May 24, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE