UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his official capacity; and XAVIER BECERRA, Attorney General of California, in his official capacity,<br><br>Defendants. | Case No. 2:18-cv-00490-JAM-KJN<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT IN SUPPORT OF ITS REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff's Request to Seal Document in Support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ("Request") came before the Court on June 8, 2018. After consideration of ~~Defendants~~ Plaintiff's Request, it is hereby ordered that ~~Defendants~~ Plaintiff's Request is granted.

Signed on this 11th day of June, 2018.

The Honorable John A. Mendez
United States District Judge