CHAD A. READLER
Acting Assistant Attorney General
MCGREGOR SCOTT
United States Attorney
AUGUST FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
FRANCESCA GENOVA
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 305-1062
Francesca.M.Genova@usdoj.gov
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
LAUREN C. BINGHAM
KATHRYNE GRAY
JOSEPH A. DARROW
JOSHUA S. PRESS
Trial Attorneys
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity; and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>Defendants. | Case No. 2:18-cv-490-JAM-KJN<br><br>**JOINT STATUS REPORT** |

1   In response to the Court's order (ECF 197), the parties provide their following positions on
2   how this case should proceed.

3   **I. Plaintiff's Position**

4   Plaintiff the United States hereby respectfully requests an order staying the case while the
5   parties determine whether to appeal this Court's order granting in part and denying in part the United
6   States' motion for preliminary injunction (ECF 193). The United States believes that a stay is
7   appropriate because, should either party appeal, resolution of that appeal will impact ongoing
8   proceedings in the district court, such that a stay will preserve this Court's and the parties' resources.
9   Plaintiff proposes that the Court order the parties to provide a status update on September 4, 2018,
10  the date on which notices of appeal are due, that addresses the propriety of continuing any such stay.

11  **II. Defendants' Position**

12  Defendants the State of California, Edmund Gerald Brown Jr., and Xavier Becerra hereby
13  respectfully request an order continuing the filing of a joint status report with suggested dates for
14  discovery cut-off, expert witness disclosure, filing of dispositive motions, pretrial conference and trial
15  (ECF 197). A brief continuance of the joint status report is needed while the parties determine whether
16  to appeal this Court's order granting in part and denying in part the United States' motion for
17  preliminary injunction (ECF 193) and how a potential appeal would impact ongoing proceedings in
18  the district court. Defendants believe that a brief continuance is appropriate at this juncture to preserve
19  this Court's and the parties' resources. Defendants propose that the parties provide a joint status
20  report on September 4, 2018, the date on which notices of appeal are due, that addresses how they
21  anticipate this case will proceed in this Court and if appropriate, suggest dates for discovery cut-off,
22  expert witness disclosures, filing of dispositive motions, pretrial conference and trial. Lastly,
23  Defendants intend to request from the Court the unsealing of non-confidential portions of facility
24  contracts designated by Plaintiff as confidential under the Court's Protective Order and the parties are
25  currently meeting and conferring with respect to that issue.

27  DATED: July 31, 2018                                    Respectfully Submitted,

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>THOMAS PATTERSON<br>Senior Assistant Attorney General<br>MICHAEL NEWMAN<br>SATOSHI YANAI<br>Supervising Deputy Attorneys General<br>CHRISTINE CHUANG<br>ANTHONY HAKL<br>CHEROKEE MELTON<br>LEE I. SHERMAN<br>Deputy Attorneys General<br>State Bar No. 272271<br>300 S. Spring Street<br>Los Angeles, CA 90013<br>Telephone: (213) 269-6404<br>Respectfully Submitted,<br>XAVIER BECERRA<br>Attorney General of California<br>*/s/ Christine Chuang*<br>Deputy Attorney General<br>*Attorneys for Defendants* | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>MCGREGOR SCOTT<br>United States Attorney<br><br>AUGUST FLENTJE<br>Special Counsel<br><br>WILLIAM C. PEACHEY<br>Director<br><br>EREZ REUVENI<br>Assistant Director<br><br>*/s/ Francesca Genova*<br>FRANCESCA GENOVA<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-1062<br>Fax: (202) 305-7000<br>E-mail: Francesca.M.Genova@usdoj.gov<br><br>DAVID SHELLEDY<br>Civil Chief, Assistant United States Attorney<br><br>LAUREN C. BINGHAM<br>JOSEPH A. DARROW<br>KATHRYNE GRAY<br>JOSHUA S. PRESS<br>Trial Attorneys<br><br>*Attorneys for Plaintiff* |