CHAD A. READLER
Acting Assistant Attorney General
MCGREGOR SCOTT
United States Attorney
AUGUST FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
FRANCESCA GENOVA
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 305-1062
Francesca.M.Genova@usdoj.gov
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
LAUREN C. BINGHAM
JOSEPH A. DARROW
KATHRYNE GRAY
JOSHUA S. PRESS
Trial Attorneys
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity; and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>Defendants. | Case No. 2:18-cv-490-JAM-KJN<br><br>**NOTICE OF APPEAL** |

Plaintiff the United States hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's order granting in part and denying in part the United States' motion for preliminary injunction (ECF 193), entered July 5, 2018, and the order granting in part and denying in part Defendants' motion to dismiss (ECF 197), entered July 9, 2018.

DATED: August 7, 2018                    Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

MCGREGOR SCOTT
United States Attorney

AUGUST FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

<u>/s/ Francesca Genova</u>
FRANCESCA GENOVA
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-1062
Fax: (202) 305-7000
E-mail: Francesca.M.Genova@usdoj.gov

DAVID SHELLEDY
Civil Chief, Assistant United States Attorney

LAUREN C. BINGHAM
JOSEPH A. DARROW
KATHRYNE GRAY
JOSHUA S. PRESS
Trial Attorneys

*Attorneys for Plaintiff*