UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**UNITED STATES OF AMERICA,**
    Plaintiff

   v.                                    **CASE NO. 2:18–CV–00490–JAM–KJN**

**STATE OF CALIFORNIA, ET AL.,**
    Defendant

   You are hereby notified that a Notice of Appeal was filed on **August 07, 2018** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 7, 2018

                              **MARIANNE MATHERLY
                              CLERK OF COURT**

                           **by:**  /s/  K. Zignago
                              Deputy Clerk