UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:18−CV−00490−JAM−KJN** |
| USDC Judge: | **DISTRICT JUDGE JOHN A. MENDEZ** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **UNITED STATES OF AMERICA vs. STATE OF CALIFORNIA** |
| Type: | **CIVIL** |
| Complaint Filed: | **3/6/2018** |
| Appealed Order/Judgment Filed: | **7/9/2018** |
| Court Reporter Information: | **K. O'Halloran** |

FEE INFORMATION

**Fee Status: Waived**

Information prepared by: /s/ **K. Zignago , Deputy Clerk**