JOSEPH H. HUNT
Assistant Attorney General
CHAD A. READLER
Principal Deputy Assistant Attorney General
MCGREGOR SCOTT
United States Attorney
AUGUST FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
FRANCESCA GENOVA
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 305-1062
Francesca.M.Genova@usdoj.gov
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
LAUREN C. BINGHAM
JOSEPH A. DARROW
KATHRYNE GRAY
JOSHUA S. PRESS
Trial Attorneys
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity; and XAVIER BECERRA, Attorney General of California, in his Official Capacity,

    Defendants.

Case No. 2:18-cv-490-JAM-KJN

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR STAY PENDING APPEAL**

Date: October 16, 2018
Time: 1:30 p.m.
Courtroom: 6
Judge: The Honorable John A. Mendez
Trial Date: None set
Action filed: March 6, 2018

**TO PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff the United States of America hereby moves this Court to stay district court proceedings in this case pending resolution of Plaintiff's appeal of the Court's order granting in part and denying in part the United States' motion for preliminary injunction (ECF 193) and the order granting in part and denying in part Defendants' motion to dismiss (ECF 197). Pursuant to the Court's Minute Order (ECF 206), a hearing is scheduled for this motion on October 16, 2018, at 1:30 p.m.

This motion is based on the memorandum filed herewith and the pleadings on file.

DATED: September 18, 2018                                  Respectfully Submitted,

                                                           JOSEPH H. HUNT
                                                           Assistant Attorney General

                                                           CHAD A. READLER
                                                           Principal Deputy Assistant Attorney General

                                                           MCGREGOR SCOTT
                                                           United States Attorney

                                                           AUGUST FLENTJE
                                                           Special Counsel

                                                           WILLIAM C. PEACHEY
                                                           Director

                                                           EREZ REUVENI
                                                           Assistant Director

                                                           */s/ Francesca Genova*
                                                           FRANCESCA GENOVA
                                                           U.S. Department of Justice, Civil Division
                                                           Office of Immigration Litigation
                                                           P.O. Box 868, Ben Franklin Station
                                                           Washington, D.C. 20044
                                                           Telephone: (202) 305-1062
                                                           Fax: (202) 305-7000
                                                           E-mail: Francesca.M.Genova@usdoj.gov

                                                           DAVID SHELLEDY
                                                           Civil Chief, Assistant United States Attorney

| | |
|---|---|
| 1 | LAUREN C. BINGHAM |
| 2 | JOSEPH A. DARROW |
|   | KATHRYNE GRAY |
| 3 | JOSHUA S. PRESS |
|   | Trial Attorneys |
| 4 | |
| 5 | *Attorneys for the United States* |