IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　**v.**<br><br>**THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR.,** Governor of California, in his official capacity; and **XAVIER BECERRA,** Attorney General of California, in his official capacity,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:18-cv-00490-JAM-KJN<br><br>**ORDER GRANTING STIPULATED REQUEST TO UNSEAL DOCUMENTS**<br><br>Judge: Honorable John A. Mendez |

1

After consideration of the Stipulated Request to Unseal Documents and all documents submitted therewith, IT IS HEREBY ORDERED that the Stipulated Request is **GRANTED**. The Court finds that there are no compelling reasons to keep the documents attached as Exhibits M through S of the Amended Declaration of Cherokee Melton in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 83-2) under seal in their entirety. On October 12, 2018, California lodged with the Court a set of Exhibits M through S with agreed-upon redactions by the parties. The Court finds that there are compelling reasons to keep confidential the following sensitive or private information, which should be redacted:

- The name, phone number, and email address for an individual who is not a signatory, set forth at Exhibit S at p. 380[1] (Bates No. USvCA_Homan_Depo001361)
- Sensitive law enforcement information regarding firearms, body armor, and security, set forth at Exhibit O at pp. 138-39 (Bates No. USvCA_Homan_Depo001242-1243); Exhibit Q at p. 251 (Bates No. USvCA_Homan_Depo001017-1018); Exhibit S at p. 385 (Bates No. USvCA_Homan_Depo001366)
- Proprietary information, set forth at Exhibit N at pp. 37-38, 40; Exhibit R at pp. 253-54, 258, 297-379 (Bates No. USvCA_Homan_Depo001421-001422, 001432, 001590)

The Court also orders Defendants to file a Second Amended Declaration of Cherokee Melton in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction with Exhibits M through S unsealed and redacted consistent with this order.

**IT IS SO ORDERED.**

Dated: 10/15/2018  /s/ John A. Mendez
The Honorable John A. Mendez
United States District Judge

---

[1] The page numbers referenced in connection with each exhibit refers to the page numbers reflected on the original documents submitted to the Court under seal on May 4, 2018.