Monica Guizar (SBN 202480)
Service Employees Int'l Union
3055 Wilshire Blvd., Suite 1050
Los Angeles, CA 90010
Telephone: 213-401-3314
Email: monica.guizar@seiu.org

Dorothy Singletary*
Service Employees Int'l Union
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-730-7279
Email: dorothy.singletary@seiu.org
Attorneys for Amici SEIU, LAAW, LAM

*Pro Hac Vice Application Pending*

Lisl R. Soto (SBN 261875)
Weinberg, Roger & Rosenfeld
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
Telephone (213) 380-2344
Email: lsoto@unioncounsel.net
Attorneys for MCTF

Margo A. Feinberg (SBN 100655)
Schwartz, Steinsapir, Dohrmann & Sommers LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5202
Telephone: (323) 655-4700
E-mail: margo@ssdslaw.com
Attorneys for UFCW Western States Council

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; EDMUND GERALD BROWN JR., Governor of California, in his Official Capacity; and XAVIER BECERRA, Attorney General of California, in his Official Capacity,<br><br>Defendants. | No. 2:18-cv-00490-JAM-KJN<br><br>**ORDER**<br><br>Judge:        Hon. John A. Mendez<br>Action Filed:  March 6, 2018 |

**THIS MATTER CAME TO BE HEARD** on the unopposed motion of the Service Employees International Union et al. for leave to file their amici curiae brief in support of Defendants' motion to dissolve this Court's preliminary injunction of Labor Code §1019.2 as to private employers. The Court being fully advised, it is HEREBY ORDERED:

1. Service Employees International Union et al.'s motion is GRANTED; and

2. The Clerk of Court shall file the amici curiae brief on the docket.

IT IS SO ORDERED.

Dated:  9/1/2020                                         /s/ John A. Mendez_____
                                                                          HON. JOHN A. MENDEZ
                                                                          United States District Court Judge