# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. THE STATE OF CALIFORNIA, *et al.*, *Defendants*. | Case No. 2:18-cv-490-JAM-KJN  **ORDER** |

The Court GRANTS the parties' stipulation (ECF No. 239) and sets the remaining briefing schedule as follows:

1. Plaintiff's reply in support of its August 4, 2020 brief and response to Defendants' motion to dissolve the preliminary injunction of Labor Code section 1019.2 shall be filed on or before September 22, 2020.
2. Defendants' reply brief in support of its motion to dissolve the preliminary injunction of Labor Code section 1019.2 shall be filed on or before October 20, 2020.

IT IS SO ORDERED.

DATED: 9/11/2020

/s/ John A. Mendez  
Hon. John A. Mendez  
United States District Court Judge