1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  CHRISTINE CHUANG
   CHEROKEE DM MELTON
4  Supervising Deputy Attorneys General
   JASLEEN SINGH
5  JAMES E. STANLEY
   XIYUN YANG
6  LEE I. SHERMAN
   Deputy Attorneys General
7  State Bar No. 272271
    300 S. Spring Street
8   Los Angeles, CA  90013
    Telephone:  (213) 269-6404
9   Fax:  (213) 897-7605
    E-mail:  Lee.Sherman@doj.ca.gov
10 *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | 2:18-cv-00490-JAM-KJN |
| Plaintiff, | **UNOPPOSED REQUEST FOR A HEARING ON PENDING MATTERS** |
| v. | Judge: The Honorable John A. Mendez |
| **THE STATE OF CALIFORNIA**, *et al.*, | Action Filed: March 6, 2018 |
| Defendants. | |

1 | Defendants respectfully submit this request for a hearing by videoconference at a date and time that is convenient for the Court on the following pending matters: (a) the requests made in Plaintiff's Brief Pursuant to the Court's June 23, 2020 Order, ECF No. 230; and (b) Defendants' Motion to Dissolve Preliminary Injunction of Labor Code section 1019.2, ECF No. 233. Although there is no hearing currently scheduled on these matters, Defendants believe a hearing would be useful in light of the amount of time that has elapsed and the developments that have transpired since the parties last briefed these issues for the Court in 2018. Defendants have conferred with counsel for Plaintiff who does not oppose this request.

Counsel for Defendants are available for a hearing on any date during the weeks of November 9 and 16. Counsel for Plaintiff have indicated that they are available for a hearing on any date during the weeks of November 9 and 16, other than November 9 and 10.

Dated: October 20, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
CHRISTINE CHUANG
CHEROKEE DM MELTON
Supervising Deputy Attorneys General
JASLEEN SINGH
JAMES E. STANLEY
XIYUN YANG

*/s/ Lee I. Sherman*

LEE I. SHERMAN
Deputy Attorney General
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Case Name:  The United States of America v.      No.  **2:18-cv-00490-JAM-KJN**
            The State of California, et al.

I hereby certify that on October 20, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REPLY IN SUPPORT OF MOTION TO DISSOLVE PRELIMINARY INJUNCTION**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 20, 2020, at Los Angeles, California.

| Lee I. Sherman | */s/ Lee I. Sherman* |
|---|---|
| Declarant | Signature |