# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. THE STATE OF CALIFORNIA, *et al.*, *Defendants*. | Case No. 2:18-cv-490-JAM-KJN  **ORDER** |

The Court GRANTS the parties' stipulation (ECF No. 247) and sets the remaining schedule as follows:

1. The Parties' status-conference statement currently due on March 15, 2021 shall now be filed on or before April 5, 2021.
2. The March 23, 2021 hearing on the parties' motions shall be continued to April 20, 2021 at 1:30 p.m.

IT IS SO ORDERED.

DATED: March 4, 2021   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE