BRIAN M. BOYNTON
Assistant Attorney General
PHILLIP A. TALBERT
Acting United States Attorney
AUGUST FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
DAVID SHELLEDY
Civil Chief, Assistant United States Attorney
LAUREN C. BINGHAM
JOSHUA S. PRESS
Senior Litigation Counsel
FRANCESCA GENOVA
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 305-1062
Francesca.M.Genova@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; and MATTHEW RODRIQUEZ, Acting Attorney General of California, in his Official Capacity,<br><br>Defendants. | Case No. 2:18-cv-490-JAM-KJN<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their counsel, hereby stipulate to dismissal of this case.[1]

By entering into this stipulation, the parties understand that the preliminary injunction issued by the Court on July 5, 2018 (ECF No. 193) will dissolve by operation of law. *See U.S. Philips Corp. v. KBC Bank N.V.*, 590 F.3d 1091, 1094 (9th Cir. 2010) ("[A preliminary injunction order] is *ipso facto* dissolved by a dismissal of the complaint or the entry of a final decree in the cause.") (quoting *Fundicao Tupy S.A. v. United States*, 841 F.2d 1101, 1103 (Fed. Cir. 1988)).

DATED: April 5, 2021

Respectfully Submitted,

BRIAN M. BOYNTON
Assistant Attorney General

PHILLIP A. TALBERT
Acting United States Attorney

AUGUST FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

DAVID SHELLEDY
Civil Chief, Assistant United States Attorney

LAUREN C. BINGHAM
JOSHUA S. PRESS
Senior Litigation Counsel

---

[1] This Court ordered the parties to file a status conference statement by April 5, 2021, addressing "whether the United States intends to continue to pursue this case or whether, upon review by the Biden Administration, it will file a stipulation or motion to dismiss this lawsuit." *See* Dec. 30, 2020 Minute Order. The parties understand that deadline to be moot given the voluntary dismissal of this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

- 1 -

*/s/ Francesca Genova*
FRANCESCA GENOVA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-1062
Email: Francesca.M.Genova@usdoj.gov

*Attorneys for the United States of America*

MATTHEW RODRIGUEZ
Acting Attorney General of California

MICHAEL NEWMAN
Senior Assistant Attorneys General

CHRISTINE CHUANG
CHEROKEE DM MELTON
Supervising Deputy Attorneys General

JASLEEN SINGH
JAMES E. STANLEY
XIYUN YANG

*/s/ Lee I. Sherman*
Lee I. Sherman
Deputy Attorneys General

*Attorneys for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the Eastern District of California's Electronic Document Filing System (ECF), which will serve a copy of this document upon all attorneys of record.

*/s/ Francesca Genova*
FRANCESCA GENOVA
Trial Attorney